**SEALED** — **FILED** MAY 15 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Defendants<br><br>**FRANKIE MARTINEZ (1),** <br><br>**ADAM MCGARITY (3),**<br>**BRANDY NELSON (4),**<br>**OSSIE LAVELLE FIELDS (5),**<br>**JOEL MARTINEZ (6), and**<br>**JENNIFER GARZA (7),**<br><br>Defendants. | CRIMINAL NO: SA19CR0369 XR<br>INDICTMENT<br><br>[**COUNT 1:** 21 U.S.C. §§ 846, 841(a)(1), 841(b) - Conspiracy to Possess with Intent to Distribute 500 grams or more of a detectable quantity of methamphetamine, and 5 kilograms or more of Cocaine;<br>**COUNTS 2, 3 & 4:** 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C) and 18 U.S.C. § 2 - Possession with Intent to Distribute a detectable quantity of Cocaine & Aiding and Abetting;<br>**COUNT 5:** 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B) and 18 U.S.C. § 2 - Possession with Intent to Distribute 500 grams or more of a detectable quantity of Cocaine & Aiding and Abetting;<br>**COUNT 6:** 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A) and 18 U.S.C. § 2 - Possession with Intent to Distribute 500 grams or more of a detectable quantity of Methamphetamine & Aiding and Abetting.] |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
[21 U.S.C. §§ 846, 841(a)(1) & 841(b)]

That beginning on or about September, 2017, and continuing to on or about May, 2019 in the Western District of Texas, Defendants,

**FRANKIE MARTINEZ (1),**
**ADAM MCGARITY (3),**
**BRANDY NELSON (4),**
**OSSIE LAVELLE FIELDS (5),**
**JOEL MARTINEZ (6), and**

JENNIFER GARZA (7),

knowingly, intentionally and unlawfully combined, conspired, confederated and agreed together and with other, and with others, to commit the flowing offenses against the United States: possession with the intent to distribute controlled substances, which offenses involved Methamphetamine, a Schedule II Controlled Substance, and Cocaine, a Schedule II Controlled Substance in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b).

### QUANTITY OF CONTROLLED SUBSTANCE INVOLVED IN THE CONSPIRACY

The quantity of the mixture or substance containing a detectable amount of a controlled substance involved in the conspiracy and attributable to each Defendant as a result of each Defendant's own conduct and as a result of the conduct of other conspirators reasonably foreseeable to each Defendant is as follows:

| DEFENDANT | QUANTITY |
| --- | --- |
| FRANKIE MARTINEZ (1), | 500 grams or more of a mixture or substance containing a detectable quantity of Methamphetamine and 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine. |
| ■■■■■■ | 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine. |
| ADAM MCGARITY (3), | 500 grams or more of a mixture or substance containing a detectable quantity of Methamphetamine. |
| BRANDY NELSON (4), | A Mixture or Substance Containing a Detectable Quantity of Cocaine. |
| OSSIE LAVELLE FIELDS (5), | A Mixture or Substance Containing a Detectable Quantity of Cocaine. |
| JOEL MARTINEZ (6), | 500 grams or more of a Mixture or Substance a Containing Detectable Quantity of Cocaine. |
| JENNIFER GARZA, (7), | 500 grams or more of a Mixture or Substance a Containing Detectable Quantity of Cocaine. |

## COUNT TWO
[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C) and 18 U.S.C. § 2]

That on or about October 2, 2018, in the Western District of Texas, Defendants,

**FRANKIE MARTINEZ (1), and**

█████████████████████

did unlawfully, knowingly and intentionally aid and abet each other to possess with intent to distribute a controlled substance, which offense involved a Mixture or Substance Containing a Detectable Quantity of Cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18 United States Code Section 2.

## COUNT THREE
[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C) and 18 U.S.C. § 2 ]

That on or about November 30, 2018, in the Western District of Texas, Defendants,

**FRANKIE MARTINEZ (1), and**

█████████████████████

did unlawfully, knowingly and intentionally aid and abet each other to possess with intent to distribute a controlled substance, which offense involved a Mixture or Substance Containing a Detectable Quantity of Cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18 United States Code Section 2.

## COUNT FOUR
[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C) and 18 U.S.C. § 2 ]

That on or about January 2, 2019, in the Western District of Texas, Defendants,

█████████████████████

**BRANDY NELSON (4), and**
**OSSIE LAVELLE FIELDS (5),**

3

did unlawfully, knowingly and intentionally aid and abet each other to possess with intent to distribute a controlled substance, which offense involved a Mixture or Substance Containing a Detectable Quantity of Cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18 United States Code Section 2.

## COUNT FIVE
**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B) and 18 U.S.C. § 2 ]**

That on or about January 10, 2019, in the Western District of Texas, Defendants,

**JOEL MARTINEZ (6), and
JENNIFER GARZA (7),**

did unlawfully, knowingly and intentionally aid and abet each other to possess with intent to distribute a controlled substance, which offense involved 500 grams or more of a Mixture or Substance a Containing Detectable Quantity of Cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18 United States Code Section 2.

## COUNT SIX
**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A) and 18 U.S.C. § 2 ]**

That on or about January 15, 2019, in the Western District of Texas, Defendants,

**FRANKIE MARTINEZ (1), and
ADAM MCGARITY (3),**

did unlawfully, knowingly and intentionally aid and abet each other to possess with intent to distribute a controlled substance, which offense involved which offense involved 500 grams or more of a Mixture or Substance Containing a Detectable Quantity of Methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections

841(a)(1) and 841(b)(1)(A) , and Title 18 United States Code Section 2.

A TRUE BILL,

FOREPERSON OF GRAND JURY

JOHN F. BASH
United States Attorney

By: _____
SAM L. PONDER
Assistant United States Attorney