**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **VS** | § | **NO. 5:19-CR-00369-XR-6** |
| | § § | |
| **JOEL MARTINEZ** | § | |

**MOTION TO MODIFY
THE CONDITIONS OF RELEASE**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE, WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION:

COMES NOW JOEL MARTINEZ, Defendant in the above-entitled and numbered cause, by and through his attorney of record, ALAN BROWN, and files this Motion to Modify the Conditions of Release, and in support hereof, Defendant would show the following, to wit:

I.

Defendant is currently out on bond in the above-entitled and numbered cause.

II.

As a condition of release, the defendant was ordered to wear an Electronic Monitoring Device and full house arrest. On October 29, 2020, this court modified the conditions of release for Mr. Martinez and allowed for partial tracking with the Electronic Monitoring Device monitoring with an imposed curfew.

On February 08, 2021, this court Granted in Part a Motion to Modify Conditions of Release, Dkt. No. 196, filed on January 29, 2021. Order Granting in Part allowed for a less restrictive curfew for the Defendant.

III.

Pretrial Services Officer, Noelia Guevara, has informed counsel that Mr. Martinez has been fully compliant with his pretrial conditions such as reporting weekly, maintaining gainful employment, and complying with curfew.

IV.

Mr. Martinez has recently earned commercial driver's permit and began training courses in March of 2021. The electronic monitoring device and curfew may interfere with Mr. Martinez's training and employment opportunities after his training is complete.

V.

The Defendant now respectfully requests the Court to order the removal of the electronic monitoring device and all fess associated with his Monitor that were imposed as a condition of his release. Mr. Martinez has demonstrated that electronic monitoring device is no longer necessary to ensure his appearance in court and the safety of the community

VI.

The Defendant assures the Court he will continue to abide by all conditions of release imposed by this Court.

WHEREFORE, PREMISES CONSIDERED, Defendant herein prays that this Motion to Modify the Conditions of Release be in all things granted and that the court waive the Electronic Monitoring Device and all fess associated with the monitor.

Respectfully submitted,

LAW OFFICES OF ALAN BROWN
222 MAIN PLAZA
SAN ANTONIO, TEXAS 78205
(210) 227-5103 (O)
(210) 225-2481 (FAX)

_____
ALAN BROWN
BAR NO. 03090000

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of May 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of filing to the following:

U.S. Attorney's Office
601 NW Loop 410, Suite 600
San Antonio, Texas 78216

/S/ _____
ALAN BROWN
BAR NO. 03090000

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **VS** | § § | NO. 5:19-CR-00369-XR-6 |
| **JOEL MARTINEZ** | § § | |

## ORDER

On this day came Defendant's Motion Modify the Conditions of Release. After consideration of same, this Court is of the opinion that said motion be

(GRANTED)     (DENIED).

IT IS HEREBY FURTHER ORDERED: _____

_____

_____

SIGNED on this ___ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE