Case 5:19-cr-00369-XR  Document 220  Filed 05/06/21  Page 4 of 4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
MAY 13 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS | § | NO. 5:19-CR-00369-XR-6 |
| | § | |
| JOEL MARTINEZ | § | |

## ORDER

On this day came Defendant's Motion Modify the Conditions of Release. After consideration of same, this Court is of the opinion that said motion be

(GRANTED)    (DENIED).

IT IS HEREBY FURTHER ORDERED: _____

_____

SIGNED on this 13th day of May, 2021.

_____
UNITED STATES ~~DISTRICT JUDGE~~ MAGISTRATE JUDGE